IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 98-50429
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE DE LA PAZ MORENO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Western District of Texas
USDA No. P-97-CR-234-1
_____

February 19, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Jose de la Paz Moreno has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Our independent review of the brief and record discloses no nonfrivolous issue. Accordingly, counsel is excluded from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

APPEAL DISMISSED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.